PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:21-CR-00110-JAM |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| JUAN ZAMORA TORRES, | |
| Defendant. | |

On or about May 5, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Juan Zamora Torres forfeiting to the United States the following property:

    a. Approximately $3,157.00 in U.S. Currency, plus any accrued interest,
    b. Approximately 20 pesos,
    c. Black Samsung phone IMEI: 351721110995582,
    d. Black LG phone IMEI: 355380093176490,
    e. Black Samsung phone cricket on back,
    f. Grey cricket flip phone alcatel on back,
    g. Black Kyocera flip phone DEC: 268435462512472351,
    h. Black Alcatel one touch model 2017B IMEI: 270113184302643929,
    i. Blue boost mobile IMEI: 001700239599970,
    j. Black Alcatel one touch model 2017 IMEI: 27011318501527889,
    k. Grey ZTE flip phone 2320 IMEI: 860550031859534,
    l. Silver Samsung phone with broken screen IMEI: 355620/08/38318/1,
    m. Black Samsung phone IMEI 355357118738280 with black case, and
    n. Black Samsung phone IMEI 350603971336356.

Beginning on May 7, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Juan Zamora Torres.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 8th day of September, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE